192105

rung 12-6-10

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

Unclaimed Dividends/Distribution Less Than $5.00 For Deposit To Registry Fund

cnn

Debtor: __Nancy J. Dero__

Chapter 7 Case No. __09-60820__

RECEIVED 10 DEC -6 AM 9:39 BANKRUPTCY COURT MINNEAPOLIS, MN

Please Check One:

☐ 1  Unclaimed Dividends

x 2  Distribution Less Than $5.00

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| Collection Bureau of Little Falls<br>PO Box 246<br>Little Falls, MN  56345 | 11 | $50 | $0.70 |
| Collection Bureau of Little Falls<br>PO Box 246<br>Little Falls, MN  56345 | 12 | $45 | $.063 |
| Collection Bureau of Little Falls<br>PO Box 246<br>Little Falls, MN  56345 | 13 | $19.81 | $0.28 |

1.61

Date: December 3, 2010

/e/ Gene W. Doeling
Trustee Gene W. Doeling
P.O. Box 423
Fargo, ND 58107
701.232.8757